1
2
3                        IN THE UNITED STATES DISTRICT COURT
4                      FOR THE NORTHERN DISTRICT OF CALIFORNIA
5
6    NATHAN HILL,                              )
                                               )
7              Petitioner,                     )    No. C 07-1560 CRB (PR)
                                               )
8         vs.                                  )    ORDER OF TRANSFER
                                               )
9    STATE OF CALIFORNIA,                      )
                                               )
10             Respondent.                     )
                                               )
11
12         Petitioner seeks federal habeas review of a conviction and sentence from the
13   Superior Court of the State of California in and for the County of Los Angeles, which
14   lies within the venue of the Central District of California, Western Division. See 28
15   U.S.C. § 84(c)(2). Petitioner is incarcerated at California State Prison, Los Angeles
16   County, which also lies within the venue of the Central District of California. See id.
17         Venue is proper in a habeas action in either the district of confinement or the
18   district of conviction, see id. § 2241(d); however, petitions challenging a conviction
19   preferably are heard in the district of conviction. See Habeas L.R. 2254-3(a);
20   Dannenberg v. Ingle, 831 F. Supp. 767, 767 (N.D. Cal. 1993).
21         Because the County of Los Angeles lies in the Central District of California,
22   Western Division, the court ORDERS that pursuant to 28 U.S.C. § 1404(a) and Habeas
23   Local Rule 2254-3(b), and in the interest of justice, this petition be TRANSFERRED to
24   the United States District Court for the Central District of California, Western Division.
25         The clerk shall transfer this matter and terminate all pending motions as moot.
26   SO ORDERED.
27   DATED: March 22, 2007
                                                     _____
28                                                   CHARLES R. BREYER
                                                     United States District Judge